IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00738-CBS

ROSEMARIE WATKINS,
    Plaintiff,

v.

THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC, a Georgia limited liability company,
    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The court having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises,

IT IS ORDERED that this case is dismissed with prejudice, with each party to pay her or its own attorney fees and costs.

Dated at Denver, Colorado this 15th day of April, 2014.

                                  BY THE COURT:

                                  s/Craig B. Shaffer
                                  United States Magistrate Judge